# CALENDAR MINUTES
## ON GRAND JURY PRESENTMENT

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 12 2007 ★

LONG ISLAND OFFICE

Before Magistrate Judge __LINDSAY, M.__ Date 7/12/07

**CR 07 567**

The Grand Jury of _Thursday Regular Empanelled_ handed up
_February 21, 2006_

___3___ Indictment(s) which were ordered filed by the Court.
(number)

**SEYBERT, J.**

___2___ Indictment(s) were ordered sealed by the Court.
(number)

**ORENSTEIN, M.**

___4___ Bench Warrants were ordered by the Court.
(number)

The Grand Jury thereupon

_____ returned for further deliberation.

__✓__ having completed its business, was dismissed with the thanks of the Court.

**CR 07 567** SEYBERT, J.

Robert C. Heinemann
Clerk of the Court

**ORENSTEIN, M.**

**CR 07 568** HURLEY, J.

_____
Deputy Clerk

**ORENSTEIN, M.**

**CR 07 569** SPATT, J.

**WALL, M.J.**