Seybert
Oren 567

INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★  JUL 12 2007  ★
LONG ISLAND OFFICE

1. Title of Case:  United States v. Tonino Solimine and Eston Clare

2. Related Magistrate Docket Number(s):  N/A

   None ( )

   **CR 07 567**

3. Arrest Date:  N/A

   **SEYBERT, J.**

4. Nature of offense(s):  X  Felony
                          ☐  Misdemeanor

   **ORENSTEIN, M.**

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):  N/A

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed: Nassau/Suffolk/Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?                (X) Yes  ( ) No

9. Have arrest warrants been ordered?                      (X) Yes  ( ) No

10. Is a capital count included in the indictment?          ( ) Yes  (X) No

                                ROSLYNN R. MAUSKOPF
                                UNITED STATES ATTORNEY

                       By:      _____
                                Burton T. Ryan, Jr.
                                Assistant U.S. Attorney
                                631-715-7853

Rev. 10/01/03