CRIMINAL CAUSE FOR BAIL APPLICATION

BEFORE: SEYBERT,J.   DATE:   8/ 1/2007       TIME: 2:00

DOCKET NUMBER: CR 07- 567       TITLE: USA-V-

DEFT NAME: TONINO SOLIMINE                          DEFT: #1
     X PRESENT ___NOT PRESENT  X IN CUSTODY    ___ ON BAIL

     ATTY. FOR DEFT.: JEFFREY LICHTMAN; MARC FERNICH     C.J.A.
              X PRESENT      ___NOT PRESENT              X RET

DEFT NAME: ESTON CLARE                              DEFT: #2
     X PRESENT ___NOT PRESENT  X IN CUSTODY    ___ ON BAIL

     ATTY. FOR DEFT.:   MARC MEROLESI                    C.J.A.
              X PRESENT      ___NOT PRESENT              X RET

A.U.S.A.  BURTON RYAN; EVAN WILLIAMS DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:   ___P. AUERBACH    ___E. COMBS    ___P. LOMBARDI
 ___S. PICOZZI    ___H. RAPAPORT    ___M. STEIGER  ___R. TOLKIN
 X  D. TURSI      ___O. WICKER

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 ___ BAIL APPLICATION DENIED.  DEFTS. CONTINUED IN CUSTODY;

 X   BAIL APPLICATION GRANTED.  BAIL SET AT   $20,000,000. FOR DEFT. #1
                                              $10,000,000. FOR DEFT. #2.

 X   CASE ADJOURNED TO 9/14/2007 AT 1:45PM FOR STATUS CONFERENCE.

 ___ MOTIONS TO BE FILED BY_____

 ___ GOVERNMENT'S RESPONSE DUE_____

 ___ REPLY PAPERS, IF ANY, DUE_____

 X   SPEEDY TRIAL TIME EXCLUDED THROUGH  9/14/2007  DUE TO  COMPLEXITY OF
     CASE .