KAN:DLB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
 UNITED STATES OF AMERICA

        -against-

TONINO SOLIMINE and
ESTON CLARE,

        Defendants.
-------------------------------------------------- X

BILL OF PARTICULARS
CR-07-567
(JS)(MLO)

      The United States of America, by and through its attorney, Roslynn R. Mauskopf, United States Attorney for the Eastern District of New York, and Diane Leonardo Beckmann, Assistant United States Attorney, hereby files the following Bill of Particulars for the Forfeiture of Property.

      This indictment seeks forfeiture of property pursuant to 18 United States Code, Sections 981(a)(1)(C) and 982 (b)(1) and 21 United States Code, Section 853.  The United States hereby gives notice that, in addition to the property named in the forfeiture allegations of the Indictment, the United States is seeking forfeiture of the following additional property:

      The sum of one million, eighty thousand, seven hundred and forty-six dollars ($1,080,746.00) in United States currency seized from the defendant, Tonino Solimine on his property on or about July 19, 2007.

1

2

      The United States reserves the right to supplement or amend this Bill of Particulars.

Dated: Central Islip, New York
        September 13, 2007

                              ROSLYNN R. MAUSKOPF
                              United States Attorney
                              Eastern District of New York
                              Attorney for Defendant
                              610 Federal Plaza, 5th Floor
                              Central Islip, New York 11722

                      By:  <u>/s/Diane Leonardo Beckmann</u>
                              DIANE LEONARDO BECKMANN (DLB 3276)

.