

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MJL:BTR:ECW
F. #2007R01327

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

November 5, 2007

BY ECF & REGULAR MAIL
Jeffrey Lichtman, Esq.
Attorney At Law
750 Lexington Avenue, 15th Floor
New York, New York  10022

>    Re:  United States v. Solimine et al.
>         Criminal Dkt. No. 07-567(JS)

Dear Mr. Lichtman:

    Below please find supplemental discovery for defendant Tonino Solimine in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

    The government is in possession of four consensual recordings of the defendant in addition to those disclosed in the government's August 26, 2007 discovery letter. To obtain copies of these recordings, listed below, please contact John Palermo of DupeCoop, L.L.C., 5 Brookview Circle, Randolph, New Jersey, 07869, at (973) 895-1359.

| Recording Number | Recording Date |
|:---:|:---:|
| DVD #1D-9 | February 17, 2006 |
| DVD #1D-27 | March 23, 2006 |
| DVD #1D-74 | November 15, 2006 |
| DVD #1D-93 | March 29, 2007 |

If you have any questions or further requests, please do not hesitate to contact me at the number below, or my paralegal, Ms. Lisa Barretti-Nieves, at (631) 715-7831.

    Very truly yours,
BENTON J. CAMPBELL
United States Attorney

By:   /S/ Burton T. Ryan
Burton T. Ryan
Assistant U.S. Attorney
(631) 715-7853

cc: Clerk of the Court (JS)