# SEIFF KRETZ & ABERCROMBIE

CHARLES D. ABERCROMBIE*
WALTER A. KRETZ, JR.
ERIC A. SEIFF

MARIANA OLENKO

*ALSO ADMITTED IN CT

444 MADISON AVENUE
30TH FLOOR
NEW YORK, N.Y. 10022-6926
(212) 371-4500
FAX (212) 371-6883

ROLAND R. ACEVEDO
OF COUNSEL

May 8, 2008

Hon. Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
934 Federal Plaza
Central Islip, New York  11722-1094

   Re: United States v. Solimine, et al., CR 07 567 (JS)(MLO)

Dear Judge Seybert:

   We represent the Rent Stabilization Association of N.Y.C., Inc. (RSA), a trade association comprised of thousands of small-, medium- and large-sized residential property owners and managers who own and/or manage approximately one million apartments throughout the City of New York.

   A substantial number of RSA's members were customers of the entities involved in the oil embezzlement schemes described in the indictment in the above-referenced prosecution and in a related prosecution, United States v. Baldari, et al., CR 07 568 (DRH) (MLO).  They have suffered extensive losses as a result of the embezzlement, though in amounts not yet determined.

   We understand that the United States Attorney's Office is pursuing forfeiture of the assets of the defendants and perhaps the entities through which they conducted their alleged criminal activities.  We are concerned that sufficient assets are allocated to restitution to ensure that the members of RSA victimized by the defendants ultimately can be made whole.

   We have notified the United States Attorney's Office of our claim for restitution, and have written to the Assistant in charge of the prosecutions to express our desire, pursuant to 18 U.S.C. § 3771, to work with the government to coordinate our fact gathering with the data the government has compiled to properly identify the victimized RSA members and accurately assess the extent of the losses suffered by them.  In doing so, we would hope to be able to streamline our presentations to the

SEIFF KRETZ & ABERCROMBIE

Hon. Joanna Seybert
May 8, 2008
Page two


Probation Department and this Court in support of our claim. We are awaiting the government's response.


                                              Respectfully submitted,

                                              Walter A. Kretz, Jr. (WK-4645)


cc:    Burton T. Ryan, Jr., AUSA
        All Counsel of Record by ECF Transmission
        Joseph Strasburg
          President, RSA
        Mitchell Posilkin
          Counsel, RSA