C/M

UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York

**MEMORANDUM**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

Date: ★ June 10, 2008 ★  JUN 12 2008

**LONG ISLAND OFFICE**
IN CHAMBERS OF
HON. JOANNA SEYBERT

★  JUN 11 2008  ★

| | |
|---|---|
| **TO:** | Honorable Joanna Seybert<br>U.S. District Judge |
| **FROM:** | Timothy J. Rooney<br>U.S. Pretrial Services Officer |
| **RE:** | Tonino Solimine<br>**Docket No.:** CR-07-567-01 (JS)<br>**Request to Terminate Supervision** |

A Detention Hearing was held before Your Honor on August 1, 2007. Mr. Solimine was released on a $20 million dollar partially secured bond. Conditions of release included the following: 1) Home detention with electronic monitoring and 2) Travel restrictions to the District of New Jersey, as well as, the Eastern and Southern Districts of New York

Pretrial Services in the District of New Jersey has advised that Mr. Solimine has remained in compliance with his conditions of release. Furthermore, the government has consented to numerous travel requests as to Mr. Solimine. Recently, the defendant was granted permission to travel to Europe, to celebrate his daughter's 16th birthday. A status conference is currently scheduled for July 11, 2008 at 12:00 noon before Your Honor.

AUSA Burton Ryan agrees with our agency that the defendant does not present flight risks that require him to be monitored under pretrial supervision. Accordingly, we would recommend that the condition of electronic monitoring along with pretrial services supervision be removed from the defendant's bail conditions. If Your Honor agrees, an order is prepared below.

**Praying that the Court will order the removal of Pretrial Services supervision.**

Attachment

Approved by: _Patrick Mancini_ _____     _6·11·08_ _____
                    Patrick L. Mancini                                          Date

Supervising Pretrial Services Officer

**RE:**   Tonino Solimine

**Docket No.:**   CR-07-567-01 (JS)

IT IS THE ORDER OF THE COURT THAT:

☒   The defendant's term of supervision be terminated.

☐   The request to terminate the defendant's term of supervision is denied.

☐   Other: _____

_____

_____

SO ORDERED,

/Honorable    Joanna Seybert                           6/12/2008
U.S. District Judge                                         Date

cc:   Burton Ryan, AUSA

Jeffrey Lichtman, Esq., Defense Counsel