*LARUSSO & CONWAY, LLP*
*ATTORNEYS AT LAW*
*300 OLD COUNTRY ROAD*
*SUITE 341*
*MINEOLA, NEW YORK 11501*
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

March 13, 2012

Electronically Filed

Honorable Joanna Seybert
United States District Court Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:  United States v. Tonino Solimine
           Criminal Docket No. 07-567(JS)

Dear Judge Seybert:

    On April 2, 2012, Mr. Solimine is scheduled to surrender to the Bureau of Prisons and to begin serving a sixty month sentence imposed by the Court. The surrender date was initially extended from January 3, 2012, until April 2, 2012, based, in part, on the need for the defendant to attend to the health care of his mother-in-law. We respectfully request that the Court consider a further brief delay in Mr. Solimine's surrender to enable the defendant to finalize the health care necessary for his mother-in-law, Mrs. Marion Horan ("Horan").

    Shortly after Mr. Solimine was sentenced, the defendant's mother-in-law was diagnosed with lung cancer, requiring hospitalization and out-patient visits for substantial radiation treatments. Mr. Solimine and his family shouldered the burden of her care. After the protracted treatment period, Mrs. Horan broke her hip requiring surgery. Her mobility was severely restricted placing additional burdens on the defendant and his family, especially during the rehabilitative period.

To ensure proper care during his incarceration, and subsequently, after Mr. Solimine is deported, Mr. Solimine oversaw the renovation of a new home to accommodate his family and his invalid mother-in-law. While renovations were being completed on the new home, Mr. Solimine's mother-in-law suffered a second broken hip, again requiring surgery on February 19, 2012. The timing of her injury has been traumatic on Mr. Solimine and his family. If required, we are prepared to provide corroborative evidence of the surgery.

Faced with a life-time separation from his family, Mr. Solimine has attempted to ease the burdens on his family while also fulfilling his obligations to the government by attempting to satisfy a $7,000,000 forfeiture. After selling their home and providing over $3,900,000 from the sale-proceeds to the government toward the forfeiture, Mr. Solimine secured a suitable residence for his family and mother-in-law, and has been renovating the home to accommodate their needs.[1] Unfortunately, the latest accident has delayed his plans, and Mr. Solimine finds himself assisting in the rehabilitative care of his mother-in-law while putting his affairs in order for his separation from the family.

Based upon the extreme family situation necessitating Mr. Solimine's assistance for a short period of time, we are respectfully asking that the Court extend the defendant's surrender date for two months from April 2, 2012, until June 4, 2012. This brief time period will enable Mr. Solimine to address several critical family issues before he begins a life-time of separation. We are grateful to the Court for its understanding in granting the original period for self-surrender, and can only hope that our request for a brief two-month delay will not be viewed as an act of desperation but a sincere desire to easy the family hardships certain to arise after Mr. Solimine's incarceration.

---

[1] Mr. Solimine also forfeited over $1,000,000 in cash seized by the government following his arrest, and three watches valued around $100,000.

Thank you very much for your consideration of this application.

Respectfully submitted,

Robert P. LaRusso

cc: Burton T. Ryan, Esq.
    Assistant U.S. Attorney
    Eastern District of New York
    610 Federal Plaza
    Central Islip, New York 11722
    (via ecf)